2:22 CV 3440

FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 SEP 16 AM 10: 22

In The United States District Courts For The Southern District Of Ohio (Eastern Division)

JUDGE MORRISON

MAGISTRATE JUDGE GENTR[Y]

James W.O. Williams,
2295 Greenway Blvd.
Xenia, Ohio 45385,
Plaintiff,

Case No.
Magistrate
Judge,

-Vs-

Wright Patterson Air Force Base (WPAB)
5135 Pearson Rd., Ste 10
Beavercreek, Ohio
45433 ~~~~
And
John & Jane Does
#2 - #100+
(Personnel & Vehicles)

Claims; Intentional Infliction of Emotional Distress, Cruel & Unusual Punishment, Dereliction of Duty, Gross Negligence, Negligence, Home Invasion, Invasion of Privacy, Conspiracy To Murder, etc.

Civil Complaint With Jury Demand Endorsed Herein

"Surveillance Will Prove All Claims Herein"

First Claim For Relief

(1) From June of 2020 to the date of July 9, 2022 uniformed & un-uniformed WPAB Personnel, in regular
(f/1) army uniform & in white uniform have

("See Williams -vs- Beavercreek Police Dept./FBI In United States Case #:22-cv-483."

in fact, followed, chased, stalked, harrassed, tried to wreck & tried to literally kill or execute and make Plaintiff herein disappear without witness or connection to such, all while also literally moving into & invading not only his condiminum neighborhood but even his actual condo itself, located here in Greene County, Ohio at 2685 Cedarbrook Way, Beavercreek, Ohio 45431. Additionally, said WPAB personnel has used drones with green lazer lights to follow him & shine light at him & his vender rather on foot or on a vender(e). They have been in & out of the Plaintiff's attic and are believed now to be the exact same person or personnel whom has actually created tunnels in/under the Plaintiff's condo, along with also continuously planting or placing spy-type devices, cameras & other devices inside, outside & around Plaintiff's condo by putting such in the

(2 of 10)

"On Neighbors Roofs"
↓

fire places, restrooms, bedrooms, kitchen stove, lamp lights/bulbs, and ceiling lights/light bulbs/Vehicles.

(2.) Plaintiff has called 911 several times "along with his little innocent nine (9) yr. old cousin Addy (Adalena) Giles over noises in attic, a foot falling through ceiling/attic into his bedroom, lights shining through the ceiling drywall, & ceiling lights even when the ceiling lights themselves are shut off." Additionally, Plaintiff & his nine (9) yr. old cousin Addy (Adalena) Giles have called 911 over the chandeleers shaking, moving & rocking or the shadows of people outside of sliding doors on side of house condo, "where Plaintiff has tried over & over again to get out & keep out the local police & WPAFB Personnel from his phone, gate, on side of house/condo, which they refuse to do." Plaintiff's little nine (9) year old cousin called 911 two (2) times (3 of 10) from her aunt Judy Maynard's cellphone

(See Williams v. Children's Hospital et al. In United States Case # 3:22-cv-00256."

while visiting us as she was in tears & crying and scared to death on or about May or June 2022 "after" the May 5, 2022 house/condo fire caused by someone believed to have dropped a cigarette butt through said foot hole in ceiling down to bedroom floor causing a piece of cardboard box leaning against wall to ignite & catch curtains and blinds on fire. The cardboard is used to block lights from shining through windows as every night drones hover above our condo & shine lazer like lights into condo just like they also do from in attic by shining such light down in between walls and up underneath base boards. Upon police arrival on "call" 911 calls they simply act like Plaintiff v. his nine (9) year old cousin was/is crazy.

(4.) Plaintiff has found tracking devices in his deaf parents vehicles and determined there to be tellecommunications fraud, fraud,

(4 of 10)

Still haven't Claim Initiated w/Liberty Mutual since November of 2020 And still Can't Get Investigators to Come Investigate/Inspect Condo.

Clear In Cahoots with WPAB/FBI/ Beavercreek Police Dept.

identity theft, home invasion, invasion of privacy and hundreds of counts of conspiracies to commit murder against Plaintiff & his innocent, deaf/handicap & elderly parents in what's believed to be a big money move as WPAB, FBI, Beavercreek Police Dept. & other law enforcement agencies, U.S. Mail Trucks/Trash Trucks, Even UPS, & Amazon Trucks all work cooperatively with Peoples Bank Trust Dept. President, Chris White & Clinton County Officials to try to whack or Kill off the Williams Family and/or the deaf parents and then frame their murders onto/against their son (Plaintiff herein) along with all the fraud, identity theft & so forth which Plaintiff has been reporting to Beavercreek Police Dept./FBI both since June of 2020 as well (but just as they & Liberty Mutual Insurance refuses to inspect & clear Williams Family Condo Attic they also refuse to

(5 of 10)

investigate Plaintiff's ongoing & continued claims of fraud, identity theft, home invasion, invasion of privacy, conspiracies to commit murder and, how a May 5, 2022 condo fire "by refusing to do DNA testing on a cigarette butt Plaintiff found on crime scene of an Aggravated Arson & asked or demanded they test (after) driving it to Ohio State Fire Marshal's Office Training Academy himself, nearly being killed in ~~~~~ the process by 100's vehicles trying to crash him along the way, with (STH being worst of worst offenders for such)"

51.) As a direct & proximate result of all claims in paragraphs #1 to #4 herein (although not limited to such), the Plaintiff has been forced to endure much much more mental anguish, mental distress,
(6 of 10) agony, pain, suffering, mental/medical

injury and so so much more, as he has been put through a living hell day in & day out 24/7 from June of 2020 to July of 2022 as Defendants have shown complete disregard for human life in their steadfast efforts to not only make Plaintiff & his family miserable but to kill them all and/or place son into prison for such or a mental hospital for such, all while they avoid responsibility for their actions & inactions, and rob the Williams Family Trust at downtown Peoples Bank Wilmington Ohio blind, ("All while not only assisting Clinton counties agenda to rob Williams Family Trust but also assisting other side of the outraged Williams Family in executing their high paid lifts on Plaintiff herein) Due to them being upset of past step father, James W.D. Williams, III, now being legal (6 of 10) father of James W.D. Williams, IV

through an adult legal adoption of Plaintiff herein in 2018 (August 2018) through Clinton County Juvenile Courts & Judge Chad L. Carey.

(6.) WPAB/FBI/Beavercreek Police Dept. has went as far as contacting Straight Talk Phone Company to have them call his deaf mother to advise her that her son (Plaintiff herein) was sending too many spam text/pics/videos/etc. and therefore, despite him paying for a (1) Pay Unlimited Phone Plan for his (2) phones ending in last 4 numbers of 0350 & 3901 were/are disconnected and shut off. Constantly trying demobilize Plaintiff so he cannot protect his parents whom have deaf ears & have had no clue the daily fight for life which their innocent & protective son has/will continue to fight in order to stay alive & stay in the fight for them to still

(8 of 10) have life & hopefully a peaceful

"Reports within the Air Base and provided to WPAFB, FBI, Beavercreek PD, Clinton Co. Officials & White House."

and rewarding retirement that they both deserve from WPAFB and Irwin where they both retired from "all while their son is simply hoping to get back to work & live a normal life without bother peacefully & respectfully carrying on not only his father's name but his family's love, respect & honor for our military and it's generosity to not just military but to all respects & ways of life as instilled into him by his grandmother, Elizabeth Wofgell Williams, whom he honors, respects & thanks so so much for being the wonderful (most wonderful) woman/lady he has ever met & known in his life just as the same applies for his grandfather, David Rambach Williams, and his father, James W.D. Williams, III."

## PRAYER for RELIEF

(9 of 10) Wherefore, Plaintiff prays that

to a United States Attorney General's Office has been brought on board to <u>Investigate</u>.

he is granted peace from further torture by WPAB Personnel. Additionally, Plaintiff demands in excess of $5,000,000.00 for compensatory damages, punitive damages, attorney fees, court cost, medical/mental health cost into future, mental anguish/distress, loss of income, loss of enjoyment of life, loss of earnings ability, and any/all other damages or losses to be determined to be appropriate by a jury in this matter, should a civil, respectful, peaceful, fair, reasonable, timely & satisfactory settlement of this matter out of court be unsuccessful for good cause shown.

Respectfully Submitted,
*James W.D. Williams, IV*
James W.D. Williams, IV

(Certificate of Service)

Undersigned certifies a true & accurate copy of foregoing has been served upon the defendants by regular US Mail postage prepaid this 12th day of Sept., 2022. Respectfully Submitted,
James Williams, IV

(10 of 10)